IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD PULLEY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3665** |
| | : | |
| **MS. JESS, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 15th day of September, 2026, upon consideration of Richard Pulley's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Pulley's Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's Memorandum, as follows:

   a. Pulley's Eighth Amendment claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1)

   b. Pulley's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Motion to Proceed *In Forma Pauperis* is **DENIED** as moot.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

Kai N. Scott

**KAI N. SCOTT, J.**